# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Francl,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>PricewaterhouseCoopers,<br><br>　　　　　　Defendant(s). | 08-01315 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01315 JF                                                -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 25, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01315 JF                                       -2-

**PROOF OF SERVICE**

Case Name:      Francl v. PricewaterhouseCoopers

Case Number:    08-01315 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 25, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Scott E. Poynter
> Emerson Poynter LLP
> The Museum Center
> 500 President Clinton Ave., Ste 305
> Little Rock, AR 72201
> scott@emersonfirm.com
>
> Christopher D. Jennings
> Emerson Poynter LLP - Little Rock
> The Museum Center
> 500 President Clinton Avenue
> Suite 305
> Little Rock, AR 72201
>
> John G. Emerson Jr.
> Emerson Poynter LLP
> 500 President Clinton Avenue
> Suite 305
> Little Rock, AR 72201
> jemerson@emersonpoynter.com

Brian P Murray
Murray, Frank & Sailer LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
bmurray@murrayfrank.com

Brooke A. Grossman
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
brooke.grossman@dpw.com

James H.R. Windels
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
james.windels@dpw.com

Rambus Inc
,


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov