| | |
|---|---|
| 1 | ROBERT A. JIGARJIAN, Bar No. 171107 |
| 2 | 128 Tunstead Avenue |
|   | San Anselmo, California 94960 |
| 3 | Telephone: (415) 341-6660 |
|   | Facsimile: (501) 907-2556 |
| 4 | Email: jigarjianlaw@gmail.com |
| 5 | |
|   | BRIAN P. MURRAY |
| 6 | MURRAY, FRANK & SAILER LLP |
|   | 275 Madison Avenue, 8th Floor |
| 7 | New York, NY 10016 |
| 8 | Telephone: (212) 682-1818 |
|   | Facsimile: (212) 682-1818 |
| 9 | Email: bmurray@murrayfrank.com |

```
ROBERT A. JIGARJIAN, Bar No. 171107
128 Tunstead Avenue
San Anselmo, California 94960
Telephone: (415) 341-6660
Facsimile: (501) 907-2556
Email: jigarjianlaw@gmail.com

BRIAN P. MURRAY
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1818
Email: bmurray@murrayfrank.com

SCOTT E. POYNTER
CHRISTOPHER D. JENNINGS
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Telephone: (501) 907-2555
Facsimile: (501) 907-2556
Email: spoynter@emersonpoynter.com
Email: cjennings@emersonpoynter.com

JOHN G. EMERSON
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867
Email: jemerson@emersonpoynter.com
```

*Attorneys for Plaintiff Herbert Francl*
*Derivatively on behalf of Rambus Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT FRANCL, | : | 08-01315-JF |
| | : | |
| Plaintiff(s), | : | **NOTICE OF APPEARANCE** |
| | : | **OF LOCAL COUNSEL ON BEHALF** |
| v. | : | **OF PLAINTIFF HERBERT FRANCL** |
| | : | |
| PRICEWATERHOUSECOOPERS, | : | |

NOTICE OF APPEARANCE OF LOCAL COUNSEL        1
Case No. 5:08-cv-01315-JF

Defendant(s).

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert A. Jigarjian hereby enters his appearance as local counsel of record for Plaintiff Herbert Francl. Plaintiff's local counsel's address, including e-mail address for purposes of receipt of Notices of Electronic Filing, is as follows:

> ROBERT A. JIGARJIAN
> 128 Tunstead Avenue
> San Anselmo, California 94960
> Email: jigarjianlaw@gmail.com

DATED: July 10, 2008

ROBERT A. JIGARJIAN

 /s/  Robert A. Jigarjian
California Bar No. 171107
128 Tunstead Avenue
San Anselmo, California 94960
Telephone: (415) 341-6660
Facsimile: (501) 907-2556
Email: jigarjianlaw@gmail.com

Local Counsel for Plaintiff

NOTICE OF APPEARANCE OF LOCAL COUNSEL        2
Case No. 5:08-cv-01315-JF

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the State of California, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 128 Tunstead Avenue, San Anselmo, California 94960.

2. That on July 10, 2008, declarant caused to be served the NOTICE OF APPEARANCE using the Court's Electronic Case Filing System which emailed a copy of the filed document to all ECF participants.

3. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 10, 2008 in San Anselmo, California.

/s/ Robert A. Jigarjian
ROBERT A. JIGARJIAN