UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francl

                Plaintiff(s),

v.

PriceWaterhouseCoopers

                Defendant(s).

Case No. 08-01315-JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/10/08

[Party]

Dated: 07/10/2008

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Brian P. Murray\
Brian P. Murray\
MURRAY, FRANK & SAILER LLP\
275 Madison Avenue, Suite 801\
New York, NY 10016\
Telephone: (212) 682-1818\
Facsimile: (212) 682-1892\
bmurray@murrayfrank.com

## Mailing Information for a Case 5:08-cv-01315-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John G. Emerson**
  jemerson@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com,cjennings@emersonpoynter.com,michelle@emersonpoynter.com

- **Brooke A. Grossman**
  brooke.grossman@dpw.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **James H.R. Windels**
  james.windels@dpw.com

### Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Christopher D. Jennings
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201

Scott E. Poynter
Emerson Poynter LLP
The Museum Center
500 President Clinton Ave., Ste 305
Little Rock, AR 72201
```