UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, July 11, 2008
**Case Number:** CV-08-1315-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:            HERBERT FRANCL   V.  PRICEWATERHOUSECOOPERS, ET AL

                        PLAINTIFF                                DEFENDANT

  **Attorneys Present: Brian Murray**            **Attorneys Present:  James Windels**

---

PROCEEDINGS:
   Case management conference held.  Parties are present.  Continued to 1/30/09 at 10:30 a.m. for further case management conference.